UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BATTCO CONSTRUCTION AND MAINTENANCE, INC.,** | Civil No. |
| | Section |
| versus | |
| | Judge |
| **HUDSON CONSTRUCTION COMPANY, and** | Magistrate |
| **WAL-MART STORES, INC.** | |

## COMPLAINT AND JURY DEMAND

NOW INTO COURT, through undersigned counsel, comes Plaintiff BATTCO Construction and Maintenance, Inc., who hereby alleges the following against defendants, Hudson Construction Company and Wal-Mart Stores, Inc.:

## PARTIES

1. Plaintiff, BATTCO Construction and Maintenance, Inc. (hereinafter, "BATTCO"), is a Louisiana corporation with its principal place of business in Louisiana. Plaintiff entered into a contract with Hudson Construction Company to perform construction work related to the renovation of the building and property known as Wal-Mart Store No. 1342, located in Jefferson Parish, Louisiana, and owned by Wal-Mart Stores, Inc. BATTCO fulfilled its obligation in good faith to perform its work pursuant to this contract, but was not paid by Hudson Construction Company for a significant portion of the work.

BATTCO now brings this action against Hudson Construction Company and Wal-Mart Stores, Inc., to recover the outstanding portion of payment due BATTCO.

2. Defendant, Hudson Construction Company (hereinafter, "Hudson"), is a Tennessee corporation with its principal place of business in Tennessee.

3. Defendant Wal-Mart Stores, Inc. (hereinafter, "Wal-Mart"), is a Delaware corporation with its principal place of business in the State of Arkansas, authorized to do business in the State of Louisiana and presently in good standing in the State of Louisiana.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the parties are citizens of different states and the amount in controversy exceeds $75,000.00.

5. This Court has supplemental jurisdiction over the remaining common law and state claims pursuant to 28 U.S.C. § 1367.

6. Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because the events giving rise to Plaintiff's claims occurred in the Eastern District of Louisiana.

## FACTUAL ALLEGATIONS

7. Prior to September 19, 2008, Hudson entered into a contract with Wal-Mart to operate as general contractor for Wal-Mart to renovate the building and property known as Wal-Mart Store No. 1342 (hereinafter "Store 1342"), located at 300 West Esplanade Boulevard, Kenner, Louisiana, which is owned by Wal-Mart.

8. On or about September 19, 2008, Hudson entered into a contract with BATTCO which obligated BATTCO to complete certain construction work as a subcontractor to further the renovation of Store 1342.

2

9. Pursuant to the terms of the contract between BATTCO and Hudson, BATTCO provided labor and certain materials to be incorporated into Store 1342, in addition to using certain materials provided to BATTCO by Hudson. BATTCO was to be paid in money for services rendered and for the materials which BATTCO provided.

10. BATTCO completed all services required in satisfaction of its obligations pursuant to the terms of the contract and change orders which were used by the parties from time to time to amend the principal contract, thus creating an obligation on behalf of Hudson to pay certain amounts of money to BATTCO in exchange for services rendered and materials provided.

11. BATTCO provided Hudson with invoices and applications for payment for all of the work which BATTCO performed.

12. Hudson failed to render payment to BATTCO for a substantial portion of these amounts, said portion totaling $444,132.61.

13. Hudson, therefore, became in default of its obligation to pay BATTCO the amount of $444,132.61.

14. Additionally, at all relevant times, Wal-Mart maintained operational control of the renovation of Store 1342. A Wal-Mart representative, known as the "Remodel Coordinator," was present at the job site at all times for the duration of the renovation work. This representative maintained full authority to give orders directly to both Hudson and BATTCO and to schedule all tasks related to the renovation of Store 1342. At all times, BATTCO was subject to the direct supervision and control of the Wal-Mart representative.

15. Because it directly supervised and maintained operational control over BATTCO's work, under Louisiana law, Wal-Mart is liable jointly, severally, and solidarily for Hudson's failure to pay amounts due BATTCO.

16. On or about April 30, 2009, BATTCO sent a letter to Hudson and Wal-Mart, via certified mail, requesting that Hudson and/or Wal-Mart make payment in full for the outstanding amounts due to BATTCO within thirty (30) days.

17. To date, neither Hudson nor Wal-Mart has rendered payment to BATTCO for any of the outstanding amounts due to BATTCO. Because more than thirty days have elapsed since BATTCO made its amicable demand, these amounts are now severely delinquent.

18. Both Hudson and Wal-Mart stand in breach of their contractural duty to pay BATTCO for services that BATTCO rendered and materials that BATTCO provided pursuant to the contract which Hudson entered into with BATTCO to further the renovation work of Store 1342.

19. Both Hudson and Wal-Mart, as ultimate beneficiary of services rendered and materials provided by BATTCO, are liable to render payment in the full amount in dispute to BATTCO because an open account exists between BATTCO, Hudson, and Wal-Mart, and payment has not been made to BATTCO despite BATTCO's written demand to for payment.

20. As Wal-Mart owned Store 1342 wherein BATTCO performed its services under the aforementioned contracts and BATTCO purchased and provided materials incorporated into and for the benefit of Store 1342, Wal-Mart is liable for the amount of $444,132.61, which was the cost for BATTCO's services and materials that enriched Wal-Mart.

21. Hudson is liable to BATTCO for penalties pursuant to La. R.S. 9:2784(C) for failure to timely render payment to its subcontractor BATTCO, in addition to all other amounts owed to BATTCO.

22. Pursuant to La. C.C. Art. 1986, BATTCO respectfully requests that this Honorable Court find that both Hudson and Wal-Mart are jointly, severally, and solidarily liable in failing to pay amounts due to BATTCO pursuant to the contract between Hudson and BATTCO.

23. BATTCO further requests that this Court order Hudson and Wal-Mart to render payment to BATTCO in the full amount of $444,132.61, plus interest as accrued pursuant to La. C.C. Art. 2000, and penalties pursuant to La. R.S. 9:2784.

24. BATTCO requests that this court assess against Hudson and Wal-Mart all costs and fees incurred by BATTCO in the prosecution of this matter.

### JURY DEMAND

25. Plaintiff respectfully requests a jury trial to all matters raised herein.

**WHEREFORE**, Plaintiff prays:

1. That Defendants be required to answer this complaint before all legal delays have run, in accordance with law;

2. That after due proceedings had, and a trial by jury, there be judgment herein in favor of Plaintiff and against Defendants, for the full amount of $444,132.61, together with legal interest thereon from the date of judicial demand until paid, for penalties pursuant to La. R.S. 9:2784, and for all costs of these proceedings;

3. That this court grant to Plaintiff any and all other legal and/or equitable relief as the Court may deem necessary and warranted.

Respectfully submitted,

**BRIAN T. CARR & ASSOCIATES**

*/s/ Brian T. Carr*
**BRIAN T. CARR**
**(La. Bar No. 20739)**
4636 Sanford Street, Suite 100
Metairie, Louisiana 70006
Telephone:    (504) 888-5030
Facsimile:    (504) 888-5456

and

**BRANDNER LAW FIRM, L.L.C.**

*/s/ Michael S. Brandner, Jr.*
**MICHAEL S. BRANDNER, JR.**
**(La. Bar No. 27973)**
4636 Sanford Street, Suite 110
Metairie, Louisiana 70006
Telephone:    (504) 962-2660
Facsimile:    (504) 888-5456
*ATTORNEYS FOR PLAINTIFF*

**PLEASE SERVE**

**Hudson Construction Company,**
through its registered agent
C.T. Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, Louisiana 70808
**and**

**Wal-Mart Stores, Inc.,**
through its registered agent
C.T. Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, Louisiana 70808

6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | |
|---|---|
| BATTCO CONSTRUCTION AND MAINTENANCE, INC., | Civil No. |
| | Section |
| versus | Judge |
| HUDSON CONSTRUCTION COMPANY, and | Magistrate |
| WAL-MART STORES, INC. | |

## VERIFICATION

STATE OF LOUISIANA

PARISH OF JEFFERSON

BEFORE ME, the undersigned authority, personally came and appeared:

**Joseph Battaglia**

President of Petitioner BATTCO Construction and Maintenance, Inc., who, after being duly sworn, did depose and said that:

All of the allegations of fact contained in the foregoing Petition are true and correct, to the best of my knowledge, information and belief.

_____
JOSEPH BATTAGLIA

Sworn to and subscribed before me this

_2nd_ day of _November_, 2009.

_____
NOTARY PUBLIC
JUDY C NUERNBERGER

JUDY C. NUERNBERGER
NOTARY PUBLIC
ID No. 58693, 33308
JEFFERSON PARISH
My Commission Expires
Upon Death